# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLUB ONE CASINO, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOUIS SARANTOS, et al., <br><br> Defendants. | Case No. 1:17-cv-00818-DAD-SAB <br><br> ORDER RE STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE <br><br> (ECF No. 19) |

Pursuant to the stipulation of the parties, the Mandatory Scheduling Conference currently set for October 30, 2017, at 9:30 a.m. in Courtroom 9 is HEREBY CONTINUED to December 4, 2017 at 3:00 p.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: __October 11, 2017__

UNITED STATES MAGISTRATE JUDGE