# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLUB ONE CASINO, INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DUSTIN PERRY, et al.,<br><br>Defendants. | Case No. 1:17 -cv-00818-DAD-SAB<br><br>ORDER DISREGARDING NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 26)<br><br>FOURTEEN DAY DEADLINE |

On June 19, 2017, Defendant Louis Sarantos removed this action from the Fresno County Superior Court to the Eastern District of California. (AR 1-3.) On November 1, 2017, Plaintiffs filed a notice of voluntary dismissal of Defendant Lodi Francesconi. (AR 26.)

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants or claims in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Under Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.' " Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson, 111 F.3d at 692). Here, Defendant Sarantos has filed an answer so Plaintiffs cannot voluntarily dismiss Defendant Lodi Francesconi pursuant to Rule 41(a)(1)(A)(i).

Rule 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order

by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Therefore, Plaintiff may dismiss this action by filing a stipulation of dismissal that is signed by all parties who have appeared.

A party may also dismiss an action by filing a motion requesting the Court to dismiss the action. Fed. R. Civ. P. 41(a)(2). A motion for voluntary dismissal under Rule 41(a)(2) is addressed to the sound discretion of the district court. Hamilton v. Firestone Tire & Rubber Co. Inc., 679 F.2d 143, 145 (9th Cir. 1982).

Plaintiff's notice of voluntary dismissal is defective under Rule 41(a). If Plaintiffs wish to dismiss Defendant Lodi Francesconi from this action, they are required to comply with the procedures set forth in Rule 41.

Accordingly, Plaintiffs' notice of voluntary dismissal is HEREBY DISREGARDED. Plaintiffs shall file a request for dismissal that complies with Rule 41 within fourteen (14) days from the date of entry of this order.

IT IS SO ORDERED.

Dated:  **November 1, 2017**

UNITED STATES MAGISTRATE JUDGE