# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLUB ONE CASINO, INC. et al., | Case No. 1:17-cv-00818-DAD-SAB |
| Plaintiffs, | ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE LODI FRANCESCONI AS A DEFENDANT IN THIS ACTION PURSUANT TO FED. R. CIV. P. 41(a) |
| v. | |
| DUSTIN PERRY, et al., | |
| Defendants. | (ECF No. 24) |

On October 31, 2017, Plaintiffs filed a stipulation signed by all parties who have appeared to dismiss Defendant Lodi Francesconi from this action without prejudice. Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants or claims in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). In light of the stipulation of the parties, Defendant Lodi Francesconi shall be terminated in this action.

IT IS SO ORDERED.

Dated: **November 13, 2017**

UNITED STATES MAGISTRATE JUDGE

1