# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLUB ONE CASINO, INC. et al., | Case No. 1:17-cv-00818-DAD-SAB |
| Plaintiffs, | ORDER SETTING BRIEFING SCHEDULE FOR RESPONSIVE PLEADINGS |
| v. | |
| DUSTIN PERRY, et al., | |
| Defendants. | |

On December 5, 2017, the Court conducted the mandatory scheduling conference in this matter. Counsel Steven McGee and Sydney Smith appeared for Plaintiffs. Counsel James Betts appeared for Defendants Louis Sarantos, Dustin Perry, and Shawn Sarantos. Olga Savage appeared for Defendant Joseph F. Capps. James Wilkins appeared for Defendant John Cardot.

During the scheduling conference, each defendant indicated that a motion to dismiss will be filed in response to Plaintiff's pleading; and Defendant Cardot indicated that he will file a motion to disqualify Plaintiff's counsel. The parties stipulated to continue the scheduling conference and a briefing schedule for the defendants' responsive motions was addressed.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. All defendants in this action shall file a responsive pleading on or before January 6, 2018;

2. A hearing on any responsive motion filed is set before District Judge Dale A.

1. Drodz on March 6, 2018, at 9:30 a.m. in Courtroom 5;

3. Any motion to disqualify counsel shall be filed on or before January 6, 2018;

4. A hearing on the motion to disqualify counsel is set before District Judge Dale A. Drodz on March 6, 2018, at 9:30 a.m. in Courtroom 5;

5. The opposition and reply to any motion shall be filed in compliance with Local Rule 230; and

6. After the district judge issues a decision, the Court shall set a date for the mandatory scheduling conference.

IT IS SO ORDERED.

Dated: __**December 5, 2017**__

UNITED STATES MAGISTRATE JUDGE